**Ronald MCCLARY, Plaintiff-Appellant,**

v.

**Lieutenant CROSSON; Officer Williams; Officer Hicks; Officer Walls, Defendants-Appellees.**

**No. 17-7323**

United States Court of Appeals, Fourth Circuit.

Submitted: February 22, 2018

Decided: February 28, 2018

Ronald McClary, Appellant Pro Se. Vanessa N. Totten, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Before WILKINSON, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McClary v. Crosson*, No. 5:15-ct-03259-D, 2017 WL 4236072 (E.D.N.C. Sept. 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*